UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SEDLEY THOMAS,

                Plaintiff,                        Civil Action No.:
                                                             1:18-cv-04016-GWG

    - against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.                       **ORDER**

-------------------------------------------------------------X

        The Court, having read the memorandum and affirmation of Daniel Berger, attorney for Plaintiff in the above entitled case, requesting an award of attorney's fees in accordance with 42 U.S.C. § 406(b), and upon all the supporting documents annexed thereto,

        **IT IS ORDERED** that attorney's fees in the amount of $10,651.90, which represents less than 25% of the past due benefits awarded to Plaintiff be remitted to Daniel Berger, petitioner and counsel for Plaintiff before this Court.


DATED:   September 30, 2020

                                                                  Gabriel W. Gorenstein
                                                                  United States Magistrate Judge